# No. 25-7057

UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

BARON JAMAL BELL

*Plaintiff-Appellant*,

v.

DISTRICT OF COUMBIA GOVERNMENT

*Defendant-Appellee*.

*On Appeal from an Order of the*

*United States District Court for the District of Columbia*

**APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES & STATEMENT OF ISSUES RAISED.**

Dr. Kissinger N. Sibanda, Esq.

LAW OFFICES OF KISSINGER N. SIBANDA

P.O. Box 714, Livingston, NJ  07039

Tel:  862-250-9684

# **CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

## i. <u>LIST OF PARTIES AND COUNSEL</u>

| | |
|---|---|
| Plaintiff/Appellant: | Baron Jamal Bell |
| Plaintiff/Appellant's Counsel: | Kissinger N. Sibanda |
| | THE LAW OFFICE OF KISSINGER N. SIBANDA, PLLC |
| Defendant/Appellee | District of Columbia Government |
| Defendant/Appellee's Counsel: | Caroline Van Zelle |

ii. <u>RULINGS</u>

Appellant (Mr. Bell) seeks reversal of Order, from the lower court, United States District Court DC, dismissing this Amended Complaint (Am. Compl.) in the case 23-cv-02036(RC) the DC District Court based on misapplication of the law determining under Federal Rule of Civil Procedure <u>12 (b) 6</u>, dismissing his case, without prejudice.

### iii.   STATEMENT OF THE ISSUES TO BE RAISED

1. Whether the District Court erred under Rule 12.b.6, by failing to apply the appropriate legal standard in dismissing Bell's complaint and his claims for that rule?

2. Whether the District Court erred under accepted Monell law in failing to take jurisdiction over the Monel claim, as to all aspects of Monell litigation: final policymaker, training and deliberate indifference standard?

3. Whether the District Court erred by refusing to take jurisdiction of the supplemental claims considering the statute of limitations for the state claims and the legal error for the Monell claim ruling?

iv. <u>CERTIFICATION THAT CASE HAS NO OTHER APPEALS</u>

Mr. Bell certifies that there are no other appeals in the DC Circuit involving this case and, in any Court, State or Federal.

Dated: May 21, 2025, Submitted, Washington, DC

Respectfully

THE LAW OFFICE OF
KISSINGER N.
SIBANDA, PLLC

By <u>/s/</u>
<u>Kissinger N. Sibanda Esq</u>
Kissinger N. Sibanda Esq
c/o P.O. Box 714
Livingston, New Jersey 07039
Tel: 862-250-9684
*Attorney for Baron Jamal Bell*

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

-------------------------------------------------------------------------------

| | |  |
|---|---|---|
| BARON JAMAL BELL | ) | |
| *Plaintiff-Appellant*, | ) | 25-7057 |
| v. | ) | |
| UNIVERISTY OF THE DISTRICT GOVERNMENT | ) | |
| | ) | |
| *Defendant-Appellee* | ) | |

-------------------------------------------------------

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21th, 2025, I electronically filed Certificates as to parties, rulings, issues to be raised and Related cases with the Clerk of the United States Court of Appeals by using the Appellate CM/ECF. I further certify that all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Dated: May 21th, 2025                                                  /s/Kissinger N. Sibanda
                                                                                            Dr. Kissinger N. Sibanda, Esq.